UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| Michael P. Papa, | ) | C/A No. 8:25-mc-00746-DCC-WSB |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Planet Home Lending LLC, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

This is an action filed by a *pro se,* non-prisoner litigant. Under Local Civil Rule 73.02(B)(2), D.S.C., pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

## CONSTRUCTION OF THE PLEADINGS

This action has been opened under a "miscellaneous case" number—C/A No. 8:25-mc-00746-DCC-WSB. Miscellaneous case numbers are normally assigned to a variety of matters filed with the Court which are not considered a civil case. They are ancillary and supplementary proceedings not defined as a "civil action."

Petitioner is advised that miscellaneous cases are generally those that contain administrative matters that require resolution through the court system, but that cannot be considered either a civil or criminal case. *Smith v. Haynes*, C/A No. 3:05-cv-130, 2008 WL 276492, at *1 (N.D.W. Va. Jan. 29, 2008). Because the issues raised by Petitioner can be addressed in a regular civil action, thus, do not qualify as a miscellaneous case. Petitioner appears to seek equitable relief in his Petition. However, "[t]he Federal Rules famously abolished distinctions between various types of judicial proceedings—like the distinction between 'actions at law' and 'suits in equity'—by announcing that '[t]here shall be one form of action to be known as "civil action."'" *Raplee v. United States*, 842 F.3d 328, 332 (4th Cir. 2016) (quoting Fed. R. Civ. P. 2 (1938)).

As such, the Court concludes that this miscellaneous case should be closed and reopened as a civil action, provided that Petitioner pays the remaining balance of the applicable filing fee for a civil action, files a Complaint on the standard form, and submits appropriate service documents for the named Defendants. To the extent Petitioner insists that this action should be construed as a "miscellaneous case," he must provide a basis for this Court to consider the action as such. If Petitioner fails to bring the case into proper form in accordance with the instructions below and/or fails to provide a basis for this Court to consider this action as a "miscellaneous case," this action will be subject to dismissal.

1

## PAYMENT OF THE FILING FEE

Petitioner has paid a filing fee of $52 applicable to a miscellaneous case (receipt number 300118160). However, the filing fee for a civil action is $350.00 plus an additional $55.00 administrative fee set by the Judicial Conference. Petitioner must either pay the remaining balance of the $405 filing fee applicable to a civil action or, if he believes he is indigent, submit an Application to Proceed Without Prepayment of Fees (AO 240), in accordance with the instructions below.

## TO PETITIONER

This case is not in proper form for service at this time. **If Petitioner does not bring this case into proper form within the time permitted by this Order, this case may be dismissed for failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure.**

Under General Order *In Re: Procedures in Civil Actions Filed by Non-Prisoner Pro Se Litigants*, No. 3:07-mc-5015-JFA (D.S.C. Sept. 18, 2007), the undersigned is giving Petitioner ***twenty-one (21) days*** from the date this Order is entered (plus three days for mail time) to:

(1) If you are <u>not</u> indigent, you must pay the **FULL** $350.00 filing fee, and also the additional $55.00 administrative fee set by the Judicial Conference, applicable to a civil action. The $405.00 check for the filing fee should be made payable to "Clerk, U.S. District Court."

(2) If you believe you are indigent, you must submit an Application to Proceed Without Prepayment of Fees and Affidavit (Form AO 240), which is construed as a motion for leave to proceed *in forma pauperis*. **Blank forms are attached for Petitioner's use.**

(3) Complete and return the enclosed complaint form for a civil action. The Clerk of Court did file the document you submitted as the Petition in this action (ECF No. 1); however, you are directed to fully complete the attached standard court form. You must provide sufficient allegations to support your claim for relief and so you are directed to complete all sections of the attached standard form. To preserve issues raised in this case and give liberal construction to the pleadings, the complaint form that you are requested to submit will be filed as an attachment to ECF No. 1. **A blank complaint form is attached for Petitioner's use.**

2

(4) Complete a Summons form for every Defendant named in this action. In the space following "TO: (The defendant's name and address)," Petitioner is required to provide a complete name and a full address where the defendants can be served pursuant to Rule 4 of the Federal Rules of Civil Procedure. **Petitioner's complete name and full address must be provided in the blank section following "Petitioner or Petitioner's attorney, whose name and address are."** Handwritten information must be printed and legible. **Nothing else should be written by the Petitioner on either the front or back of the summons or in the margins**. If it is necessary to list additional defendants whose names and street addresses do not fit in the space on the summons form preceded by "TO: (Name and address of the defendant)," Petitioner must attach an additional page of letter-sized (8½ inches by 11 inches) paper listing additional defendants and service addresses. **Blank forms are attached for Petitioner's use.**

(5) Submit fully completed and signed pro se party's answers to Rule 26.01 interrogatories. ***Blank forms are attached for Petitioner's use***.

**No process shall issue until the items specified above have been returned and reviewed by the assigned Magistrate Judge.**

Petitioner is not represented by counsel in this matter and is therefore proceeding *pro se*. You are directed that the United States District Court for the District of South Carolina has a website which contains a *Pro Se* (representing yourself) Guide with information on representing yourself in a civil action in this Court. *See* United States District Court District of South Carolina Homepage, http://www.scd.uscourts.gov (click "Pro Se," then click "Guide").

In addition, this Court's website has links to the Federal Rules of Civil Procedure and the Local Civil Rules of this District. Although Petitioner is proceeding *pro se*, the Court expects the litigation to be conducted in accordance with all provisions of the Federal Rules of Civil Procedure, the Local Civil Rules, and this Court's Orders. *See Ballard v. Carlson*, 882 F.2d 93, 96 (4th Cir. 1989) (noting that *pro se* litigants "are subject to the time requirements and respect for court orders without which effective judicial administration would be impossible").

Petitioner must place the civil action number listed above (**C/A No. 8:25-mc-00746-DCC-WSB**) on any document provided to the Court pursuant to this Order. **Any future filings in this case must be sent to the address below: (250 East North Street, Suite 2300, Greenville, South Carolina 29601).** All documents requiring Petitioner's signature shall be signed with Petitioner's full legal name written in Petitioner's own handwriting. *Pro se* litigants shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In all future filings with this Court, Petitioner is directed to use letter-sized (8½ inches by 11 inches) paper only, to write or type text

on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper. Petitioner is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

Petitioner is a *pro se* litigant. Petitioner's attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised **in writing** (**250 East North Street, Suite 2300, Greenville, South Carolina 29601**) if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this Order, you fail to meet a deadline set by this Court, **your case may be dismissed for violating this Order.** Therefore, if you have a change of address before this case is ended, you must comply with this Order by immediately advising the Clerk of Court in writing of such change of address and providing the Court with the docket number of all pending cases you have filed with this Court. Your failure to do so will not be excused by the Court.

## TO THE CLERK OF COURT

The Clerk of Court shall mail a copy of this Order and the proper form documents noted above to Petitioner. If Petitioner fails to provide the items specified above to the Clerk of Court within the period prescribed in this Order, the Clerk of Court shall forward the file to the assigned United States Magistrate Judge to determine whether the case should be dismissed. If, however, Petitioner provides this Court with the items specified above, the Clerk of Court should forward the file to the assigned Magistrate Judge to determine if service of process should be authorized.

The Clerk of Court shall not enter any change of address submitted by Petitioner which directs that mail be sent to a person other than Petitioner unless that person is an attorney admitted to practice before this Court who has entered a formal appearance.

**IT IS SO ORDERED**.

s/William S. Brown
United States Magistrate Judge

October 1, 2025
Greenville, South Carolina

*Petitioner's attention is directed to the important WARNING on the following page.*

**IMPORTANT INFORMATION . . . . PLEASE READ CAREFULLY**

**WARNING TO PRO SE PARTY OR NONPARTY FILERS**

ALL DOCUMENTS THAT YOU FILE WITH THE COURT WILL BE AVAILABLE TO THE PUBLIC ON THE INTERNET THROUGH PACER (PUBLIC ACCESS TO COURT ELECTRONIC RECORDS) AND THE COURT'S ELECTRONIC CASE FILING SYSTEM. **CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN, OR SHOULD BE REMOVED FROM, ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. <u>Personal information protected by Rule 5.2(a)</u>:

    **(a)** **Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.

    **(b)** **Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.

    **(c)** **Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.

    **(d)** **Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. <u>Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d) (filings made under seal) and (e) (protective orders).</u>

5